# District Court Of Appeal Of The State Of Florida
## Fourth District

**THEODORE WILLIAMSON** a/k/a **THEODORE JAWORSKI**,
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D20-2748

[June 10, 2021]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Barbara Anne McCarthy, Judge; L.T. Case No. 93-006765-CF-10A.

Theodore Williamson, Lake Butler, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

GROSS, DAMOORGIAN and KLINGENSMITH, JJ., concur.

\*         \*         \*

***Not final until disposition of timely filed motion for rehearing.***